JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASKIA SANKOFA ASHANTI,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RALPH DIAZ, Warden,<br><br>　　　　Respondent. | NO. CV 21-523-DDP (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Granting Petitioner's Motion to Dismiss Federal Habeas Action,

　　IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed without prejudice.

DATED: June 27, 2022

_____
DEAN D. PREGERSON
United States District Judge